UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 |
| 3-21 Pine Crescent LLC, *et al.*, | Case No. 25-46019 (JMM) |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### STIPULATION AND ORDER TRANSFERRING CASES TO THE DISTRICT OF <u>NEW JERSEY</u>

**WHEREAS**, on December 16, 2025, 3-21 Pine Crescent LLC (the "3-21 Pine Debtor"), 212 Maple Crescent LLC (the "212 Maple Debtor"), and 10-23 Pine Crescent LLC (the "10-23 Pine Debtor"), represented by Charles Wertman, Esq. ("Counsel"), commenced voluntary chapter 11 bankruptcy cases with the United States Bankruptcy Court for the Eastern District of New York, commencing cases with case numbers 25-46019 (JMM), 25-46020 (JMM), and 25-46021 (JMM) respectively; and

**WHEREAS,** on January 7, 2026, 1021 Maple Crescent LLC (the "1021 Maple Debtor"), 423 Pine Cr LLC (the "423 Pine Debtor"), and 10-12 Maple Crescent LLC (the "10-12 Maple Debtor"), represented by Counsel, commenced voluntary chapter 11 bankruptcy cases with the United States Bankruptcy Court for the Eastern District of New York, commencing cases with case numbers 26-40062 (JMM), 26-40063 (JMM), and 26-40064 (JMM) respectively; and

**WHEREAS,** on January 21, 2026, 811 Maple Cr LLC (the "811 Maple Debtor"), BC Buffalo LLC (the "BC Buffalo Debtor"), and 1023 Maple Cr LLC (the "1023 Maple Debtor"), represented by Counsel, commenced voluntary chapter 11 bankruptcy cases with the United

States Bankruptcy Court for the Eastern District of New York, commencing cases with case

numbers 26-40275 (JMM), 26-40276 (JMM), and 26-40277 (JMM); and

**WHEREAS**, by order signed on March 11, 2026, the Court authorized the joint

administration of the Debtors' chapter 11 cases; and

**WHEREAS,** the United States Trustee commenced an investigation of the Debtors'

chapter 11 cases to address any possible violations of 28 U.S.C. §§ 1406(a), 1408, and 1412; and

**WHEREAS,** the United States Trustee has advised the Debtors that the United States

Trustee may seek to challenge the propriety of the Debtors' venue in the Eastern District of New

York; and

**WHEREAS,** the Debtors and the United States Trustee wish to enter into this stipulation

to resolve the above issues; and

**WHEREAS,** the Debtors do not oppose the transfer of their chapter 11 cases to the

District of New Jersey.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Debtors and the

United States Trustee, that, that the chapter 11 bankruptcy cases of the Debtors shall be

transferred to the District of New Jersey; and it is further hereby

**ORDERED**, that the Clerk's Office for the United States Bankruptcy Court for the

Eastern District of New York is hereby directed to transfer the Debtors' cases to the United

States Bankruptcy Court for the District of New Jersey.

Dated: Rockville Centre, New York
      April 10, 2026                 3-21 Pine Crescent LLC, *et al.*, Debtors

           By:     */s/ Charles Wertman*
                     Charles Wertman, Esq.
                     Attorney for the Debtors
                     Law Offices of Charles Wertman P.C.
                     100 Merrick Road, Suite 304W
                     Rockville Centre, New York 11570
                     Tel. No. (516) 284-0900

Dated: Brooklyn, New York
      April 10, 2026                 3-21 Pine Crescent LLC, *et al.*, Debtors

           By:     */s/ Mark Taub*
                     Mark Taub, Chief Restructuring Officer

Dated: New York, New York          WILLIAM K. HARRINGTON
      April 10, 2026                 UNITED STATES TRUSTEE, REGION 2

           By:     */s/ Nazar Khodorovsky*
                     Nazar Khodorovsky
                     Trial Attorney
                     One Bowling Green, Suite 510
                     New York, New York 10004
                     Tel. No. (212) 206-2580
                     Fax No. (212) 668-2361

Dated: June 2, 2026
     Brooklyn, New York



                                     **Jil Mazer-Marino**
                        **Chief United States Bankruptcy Judge**