UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 1, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

3-21 Pine Crescent LLC,

          Debtor.

Case No.:         26-16597

Hearing Date:    06/23/2026       .

Chapter:        11

Judge:         Stacey L. Meisel

## ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED OR CONVERTED FOR DEBTOR'S FAILURE TO FILE AND CONFIRM A PLAN OF REORGANIZATION

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 1, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having noted that the debtor has failed to file and confirm a plan of reorganization; it is hereby

**ORDERED** that the debtor must appear before the Honorable Stacey L. Meisel on July 28, 2026 at 11:00 AM in Courtroom number 3A, United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, New Jersey, to show cause as to why this case should not be dismissed or converted for cause under 11 U.S.C. § 1112(b)(1) and (4)(J); and it is further

**ORDERED** that objections or responses to the Order to Show shall be filed seven (7) days prior to the return date of the Order to Show Cause; and it is further

**ORDERED** that if no objection(s) or response(s) are filed then the matter will be decided without oral argument.