Form 170 – ntchrgdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26–16597–SLM
Chapter:  11
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   3–21 Pine Crescent LLC
   1427 53rd Street
   Brooklyn, NY 11219

Social Security No.:

Employer's Tax I.D. No.:
   88–3607607

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☐    A Motion to Dismiss has been filed by .

☑    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self–represented.

   ☑    Other: Failure to Timely File and Confirm a Plan of Reorganization.

A hearing to determine if there is cause for dismissal will be held by the Honorable Stacey L. Meisel on,

Date: 7/28/26
Time: 11:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: July 1, 2026
JAN: crr

Jeanne Naughton
Clerk